424 A.2d 551

Gatti Chem Co., Appellant v. Central Elec. Coop., Inc.

 Argued April 9, 1979. Gwilym A. Price, III, for appellant; Miles R. Lynn, Jr., for appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

The judgments of the lower court are hereby affirmed.